**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Kevin William Sackett,** | : | Case No. **24-14016** (PMM) |
| | : | |
| Debtor. | : | |

**ORDER TO SHOW CAUSE**

**AND NOW** upon consideration of the Order Approving Payment of Filing Fee in Installments (doc. no. 7, the "Installment Order");

**AND** upon further consideration of the deadline for the Debtor to file all schedules and statements (doc. #6);

**AND** a review of the docket showing that no installment payment having been made;

**AND** a review of the docket showing that the Debtor having failed to the file required schedules;

It is, therefore, hereby **ORDERED** that:

1. The Debtor **SHALL APPEAR** for a hearing on **Wednesday, December 11, 2024 at 1:00 p.m**. **in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.**

2. The Debtor must pay all the first two (2) installment payments in full payments prior to the hearing date (and the third payment on or before December 22, 2024);

3. The Debtor must file all required schedules;

4. Failure to appear for the hearing and or to take the actions described above may result in **dismissal** of this case without further notice or hearing.

**Date:  11/25/24**

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Kevin William Sackett
628 Saxony Dr.
Fairless Hills, PA 19030