United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-14016-pmm

Kevin William Sackett     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 25, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin William Sackett, 628 Saxony Dr., Fairless Hills, PA 19030-3505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| | : | |
| **Kevin William Sackett,** | : | Case No. **24-14016 (PMM)** |
| | : | |
| Debtor. | : | |

### ORDER TO SHOW CAUSE

**AND NOW** upon consideration of the Order Approving Payment of Filing Fee in Installments (doc. no. 7, the "Installment Order");

**AND** upon further consideration of the deadline for the Debtor to file all schedules and statements (doc. #6);

**AND** a review of the docket showing that no installment payment having been made;

**AND** a review of the docket showing that the Debtor having failed to the file required schedules;

It is, therefore, hereby **ORDERED** that:

1. The Debtor **SHALL APPEAR** for a hearing on **Wednesday, December 11, 2024 at 1:00 p.m**. **in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.**

2. The Debtor must pay all the first two (2) installment payments in full payments prior to the hearing date (and the third payment on or before December 22, 2024);

3. The Debtor must file all required schedules;

4. Failure to appear for the hearing and or to take the actions described above may result in **dismissal** of this case without further notice or hearing.

Date:   11/25/24

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Kevin William Sackett
628 Saxony Dr.
Fairless Hills, PA 19030