**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Kevin William Sackett | : | Case No. 24-14016 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** a Show Cause hearing having been held and concluded on December 11, 2024;

AND the Debtor having failed to appear at the hearing;

AND the Debtor having failed to take the necessary actions as detailed in the Show Cause Order;

It is therefore hereby **ordered** that this bankruptcy case is **dismissed**.

*Patricia M. Mayer*

Date:  12/11/24

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Kevin William Sackett
628 Saxony Dr.
Fairless Hills, PA 19030